DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JEFFREY PAUL DYER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:08-cr-00048 AWI |
| Plaintiff, ) | ORDER FOR MEDICAL TREATMENT |
| v. ) | Judge: Hon. Anthony W. Ishii |
| JEFFREY PAUL DYER, ) | |
| Defendant ) | |

GOOD CAUSE APPEARING, it is ordered that a licensed medical professional associated with the Fresno County Jail Medical Services shall promptly conduct an examination of federal pretrial detention inmate

>Jeffrey Paul Dyer
>Fresno County Jail Identification No. 0862677
>Jail Booking No. 0821639

regarding spinal stenosis, Crohn's Disease, and bi-polar disorder, for which he was receiving medical assistance in state prison in Arizona prior to coming into federal custody, and thereafter report to the United States Marshal and appointed defense counsel, the Federal Defender, regarding his status and any reasonably necessary medical care.

IT IS SO ORDERED.

Dated:    April 21, 2008                    /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE