1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JEFFREY PAUL DYER

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           )   NO. 1:08-CR-00048 AWI
                                         )
12 |           Plaintiff,                )   *AMENDED* STIPULATION TO CONTINUE
                                         )   STATUS CONFERENCE HEARING; ORDER
13 |     v.                              )
                                         )   Date:  September 2, 2008
14 | JEFFREY PAUL DYER,                  )   Time:  9:00 A.M.
                                         )   Judge: Hon. Anthony W. Ishii
15 |           Defendant.                )
                                         )
16 |_____)

17

18         **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19  respective attorneys of record herein, that the status conference hearing in the above captioned matter now

20  scheduled for July 21, 2008, **may be continued to September 2, 2008 at 9:00 a.m.**

21         This continuance is requested by counsel for the defendant to allow additional time for defense

22  investigation and plea negotiation prior to hearing. The requested continuance will conserve time and

23  resources for both counsel and the court.

24  ///

25  ///

26  ///

27  ///

28  ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: July 17, 2008       By  /s/ Mark J. McKeon
MARK J. McKEON
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: July 17, 2008       By  /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
JEFFREY PAUL DYER

**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 18, 2008**            /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE