1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JEFFREY PAUL DYER

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      ) NO. 1:08-CR-00048 AWI
                                    )
12 |        Plaintiff,              ) STIPULATION TO CONTINUE STATUS
                                    ) CONFERENCE HEARING; ORDER
13 |   v.                           )
                                    )
14 | JEFFREY PAUL DYER,             ) Date: October 20, 2008
                                    ) Time: 9:00 A.M.
15 |        Defendant.              ) Judge: Hon. Anthony W. Ishii
                                    )
16 |_____)

17

18     **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the status conference hearing in the above captioned matter now

20 scheduled for September 29, 2008, **may be continued to October 20, 2008 at 9:00 a.m.**

21     This continuance is requested by counsel for the defendant to allow additional time for defense

22 investigation and plea negotiation prior to hearing.  The requested continuance will conserve time and

23 resources for both counsel and the court.

24 ///

25 ///

26 ///

27 ///

28 ///

1 | The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 | justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3 | 3161(h)(8)(B)(i) and (iv).

```
                                                    McGREGOR M. SCOTT
                                                    United States Attorney


DATED:  September 24, 2008              By   /s/ Mark J. McKeon
                                             MARK J. McKEON
                                             Assistant United States Attorney
                                             Attorney for Plaintiff


                                             DANIEL J. BRODERICK
                                             Federal Defender


DATED:  September 24, 2008              By   /s/ Marc Days
                                             MARC DAYS
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             JEFFREY PAUL DYER
```

## ORDER

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).


IT IS SO ORDERED.

**Dated:  September 25, 2008**          /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status
Conference Hearing; [Proposed] Order          -2-