```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARC DAYS, CA Bar #184098
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  JEFFREY PAUL DYER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-CR-00048 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO ADVANCE SENTENCING HEARING; ORDER |
| v. | ) | |
| JEFFREY PAUL DYER, | ) | Date: March 9, 2009 |
| Defendant. | ) | Time: 9:00 A.M. |
|  | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above captioned matter now scheduled for March 23, 2009, **may be advanced to March 9, 2009 at 9:00 a.m.**

This continuance is requested by counsel for the defendant because the parties are prepared to proceed at this time.

///
///
///
///
///
///

Exclusion of time to complete sentencing is not required.

LAWRENCE G. BROWN<br>
Acting United States Attorney

DATED: March 5, 2009               By   /s/ Mark J. McKeon
                                                      MARK J. McKEON
                                                      Assistant United States Attorney
                                                      Attorney for Plaintiff

DANIEL J. BRODERICK<br>
Federal Defender

DATED: March 5, 2009               By   /s/ Marc Days
                                                       MARC DAYS
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      JEFFREY PAUL DYER

## ORDER

IT IS SO ORDERED.

**Dated: March 6, 2009**                   **/s/ Anthony W. Ishii**
                                            CHIEF UNITED STATES DISTRICT JUDGE