1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JEFFREY PAUL DYER

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   NO. 1:08-CR-00048 AWI
                                   )
12          Plaintiff,             )   STIPULATION TO CONTINUE STATUS
                                   )   CONFERENCE HEARING; ORDER
13     v.                          )
                                   )
14 JEFFREY PAUL DYER,              )   Date:  August 2, 2010
                                   )   Time:  9:00 A.M.
15          Defendant.             )   Judge: Hon. Anthony W. Ishii
                                   )
16 _____ )

17

18         **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the status conference hearing in the above captioned matter now

20 scheduled for July 19, 2010, **may be continued to August 2, 2010 at 9:00 a.m.**

21         This continuance is requested by counsel for the defendant to allow additional time for defense

22 investigation prior to hearing.  The requested continuance will conserve time and resources for both

23 counsel and the court.

24 ///

25 ///

26 ///

27 ///

28 ///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: July 14, 2010        By  /s/ Mark J. McKeon
                                MARK J. McKEON
                                Assistant United States Attorney
                                Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: July 14, 2010        By  /s/ Marc Days
                                MARC DAYS
                                Assistant Federal Defender
                                Attorney for Defendant
                                JEFFREY PAUL DYER

**ORDER**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   July 15, 2010

CHIEF UNITED STATES DISTRICT JUDGE