JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132
Facsimile:  (559) 579-1530

Attorney for Defendant,
JEFFREY PAUL DYER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>JEFFREY PAUL DYER,  )<br>  )<br>  Defendant.  )<br>_____ ) | Case No.  1: 08-CR-00048 AWI<br><br>STIPULATION TO CONTINUE<br>SENTENCING HEARING<br>AND ORDER THEREON<br><br>Date:   February 25, 2013<br>Time:   10:00 a.m.<br>Courtroom Two<br>Honorable Anthony W. Ishii |

     Defendant, JEFFREY PAUL DYER, by and though his counsel, John F. Garland and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Mark J. McKeon,  Assistant United States Attorney, hereby stipulate to continue the defendant's sentencing hearing from February 4, 2013 to February 25, 2013 at 10:00 a.m. This continuance is necessary to allow the counsel for the defendant sufficient time to complete investigation relating to issues relevant to sentencing.

     The parties further stipulate that any delay resulting from this continuance shall be excluded on the following basis:

     a.  Title 18 United States Code Section 3161(h)(8)(A) - that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

Dated: January 31, 2013                                                  /s/ John F. Garland
                                                                                                                             John F. Garland
                                                                                                                           Attorney for Defendant
                                                                                                                           JEFFREY PAUL DYER

Dated: January 31, 2013                                     Benjamin B. Wagner
                                                                                  United States Attorney


                                                                                  /s/ Mark J. McKeon
                                                                     By : MARK J. McKEON
                                                                              Assistant U.S. Attorney


**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing for defendant JEFFREY PAUL DYER is continued to February 25, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 31, 2013                            _____
                                                                              SENIOR  DISTRICT  JUDGE